**Robert Allen SARTORI, Petitioner– Appellant,**

v.

**Randy LEE; Michael F. Easley, Respondents–Appellees.**

No. 00–7411.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Robert Allen Sartori, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Allen Sartori seeks to appeal the district court's order denying relief on his Fed.R.Civ.P. 60(b) motion to reconsider a prior order denying relief on his petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Sartori's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *Sartori v. Lee,* No. CA-99-135-1-02-MU (W.D.N.C. Sept. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*